IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CARLTON MARTIN                           CIVIL ACTION
Plaintiff

       vs.
AEGIS RECEIVABLES
MANAGEMENT, INC.                         NO. 09-cv-858
Defendant

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Carlton Martin, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ **Brent F. Vullings, Esq.**
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800